COURT OF PROBATE OF WEST GREENWICH v. SESSIONS HOPKINS ET AL.

•

A party for whose benefit suit is brought on an administration bond, his name being endorsed upon the writ conformably to statute, will not be required to give surety for costs, except, as in other cases, upon special cause shown.

THIS was an action of debt upon an executor's bond, instituted on behalf of a creditor of the estate of Jonathan Hopkins, and of a legatee named in his will. The names of the persons for whose use and benefit the suit was brought, were endorsed upon the writ, as required by statute. The defendant's counsel, on the second day of the term, moved that the plaintiffs be required to give surety for costs.

*Cozzens* for plaintiffs, opposing, contended that in support of the motion the defendant must exhibit evidence that the parties for whose benefit the suit was brought and whose names were endorsed upon the writ, were pecuniarily irresponsible,—citing sec. 39 of statute (Dig 1844, 250.)

*Peck* for defendant.

The COURT held, that under the statute cited, the parties for whose benefit the suit was brought were to be viewed as plaintiffs, and consequently as under no obligation to give surety for costs, except upon cause shown, as in other cases: overruling the motion, but granting leave to renew it, presenting pertinent evidence, at a future day.